ACCEPTED
04-14-00905-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/10/2015 1:56:18 PM
KEITH HOTTLE
CLERK

NO. 04-14-00905-CV

* * *

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/10/2015 1:56:18 PM
KEITH E. HOTTLE
Clerk

* * *

ESCONDIDO RESOURCES II, LLC,

Appellant

V.

JUSTAPOR RANCH COMPANY, L.C.,

Appellee

* * *

**UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLEE**

TO THE HONORABLE JUSTICES OF THE COURT:

Appellee, Justapor Ranch Company, L.C. ("Justapor"), respectfully presents this Motion to extend the deadline for filing its brief in response to the brief of Appellant, Escondido Resources II, LLC, and requests that the deadline for filing the Appellee's brief be extended by 30 days from June 15, 2015 to July 15, 2015.

**I.**

This Motion is unopposed. As counsel for Justapor, I have contacted counsel for Appellant and been advised that Appellant does not oppose this requested extension.

**II.**

This is the Justapor's first motion to extend the deadline for filing its brief.

**III.**

I am a solo practitioner, lead appellate counsel for Justapor and primarily responsible for preparation of its brief. I have devoted a significant amount of time and effort to studying Appellant's 82-page brief, researching and otherwise preparing Appellee's brief. I am also the sole author of the book, *Summary Judgments in Texas: Practice, Procedure & Review* (3d ed. 2013), published by LexisNexis Matthew Bender. I have spent much of the last six weeks working on the 2015 supplement and will continue to have to do so through mid-July, 2015. I do not use law clerks or other attorneys when working on *Summary Judgments in Texas*. I have been performing a meticulous, page-by-page and footnote-by-footnote, review of the entire book resulting in a supplement that will be quite extensive. Consequently, I will be precluded from devoting the time necessary to research, draft and finalize the Appellee's brief by the current deadline.

**PRAYER**

Accordingly, Justapor Ranch Company, L.L.C. respectfully requests the Court to grant this Motion, extend the deadline for filing the brief of Appellee by 30 days to July 15, 2015, and award such other and further relief to which it is justly entitled.

Respectfully submitted,

McGinnis Lochridge & Kilgore, L.L.P.

Patton G. Lochridge
State Bar No. 12458500
plochridge@mcginnislaw.com
Carlos R. Soltero
State Bar No. 00791702
csoltero@mcginnislaw.com
J. Derrick Price
State Bar No. 24041726
dprice@mcginnislaw.com
600 Congress Avenue, Suite 2100
Austin, Texas 78701
Telephone No.: (512) 495-6044
Facsimile No.: (512) 505-6344

Jose M. "Joe" Rubio, Jr.
State Bar No. 17362100
joerubio@joerubiolawfirm.com
JOE RUBIO LAW FIRM
1000 Washington Street, Suite 4
Laredo, Texas 78040
Telephone No.: (956) 712-2223

Timothy Patton
State Bar No. 15633800
tpatton@tp-pc.com
TIMOTHY PATTON, P.C.
14546 Brook Hollow Blvd. #279
San Antonio, Texas 78232
Telephone No.: (210) 832-0070
Facsimile No.: (210) 579-1665

By:  /s/     Timothy Patton
          Timothy Patton

ATTORNEYS FOR APPELLEE

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2015, a true and correct copy of the foregoing Unopposed First Motion for Extension of Time to File Brief of Appellee has been sent via e-mail to:

3

Mr. James P. Keenan
keenan@buckkeenan.com
Mr. J. Robin Lindley
lindley@buckkeenan.com
Buck Keenan, LLP
700 Louisiana, Suite 5100
Houston, Texas 77002

Mr. Robert Dubose
rdubose@adjtlaw.com
Alexander Dubose Jefferson & Townsend LLP
1844 Harvard Street
Houston, Texas 77008

Mr. Wallace B. Jefferson
wjefferson@adjtlaw.com
Ms. Rachel A. Ekery
rekery@adjtlaw.com
Alexander Dubose Jefferson & Townsend LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701

Ms. Kirsten Castañeda
kcastaneda@adjtlaw.com
Alexander Dubose Jefferson & Townsend LLP
4925 Greenville Avenue, Suite 510
Dallas, Texas 75206


/s/      Timothy Patton
Timothy Patton